MARY M. CHURCH, Appellant, *v.* FRANK B. WILSON, as Executor of TIMOTHY H. PETTIT, Deceased, et al., Respondents.

*Church* v. *Wilson,* 152 App. Div. 844, affirmed.
(Argued June 19, 1913; decided October 21, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 3, 1912, which modified a judgment of Special Term by striking out such part thereof as dismissed the complaint and adding thereto provisions construing the will of Timothy H. Pettit, deceased.

*Monford C. Holley* for appellant.

*D. E. Brong* and *Abner T. Hopkins* for respondents.

Judgment affirmed, with costs, on the opinion of FOOTE, J., below, so far as it deals with the construction and validity of the testator's will.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.